■ JOHN T. BROOKS, Individually and as Father and Natural Guardian of KEVIN L. BROOKS, Appellant, v HAROLD F. HAUSAUER et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Brooks v Hausauer* (51 AD2d 660). (Appeal from order of Erie Supreme Court modifying order for examination before trial.) Present—Marsh, P. J., Simons, Mahoney, Goldman and Witmer, JJ.